IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WASHINGTON MUTUAL BANK,

    Plaintiff,

vs.

Case No. C2-07-939
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

HENRY MILLER,

    Defendant.

## ORDER

For good cause shown, Plaintiff's Motion to Dismiss is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2). All costs in this case are assessed to Plaintiff.

**IT IS SO ORDERED.**

\_\_\_8-4-2009_____
**DATED**                                            **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**