AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WASHINGTON MUTUAL BANK,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-07-939**
**HENRY MILLER,**       **JUDGE EDMUND A. SARGUS, JR.**
      **MAGISTRATE JUDGE MARK R. ABEL**

      **Defendants.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed August 4, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 4, 2009                          JAMES BONINI, CLERK

                                                                  */S/ Andy F. Quisumbing*
                                                                  (By) Andy F. Quisumbing
                                                                  Courtroom Deputy Clerk